IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

ADC Construction, LLC,

                 Petitioner,

   -against-

The New York City District Council of
Carpenters Pension Fund, The New York
City District Council of Carpenters Welfare
Fund, The New York City District Council
of Carpenters Vacation Fund, The New York
City District Council of Carpenters Annuity
Fund, The New York City District Council of
Carpenters Apprenticeship, Journeyman
Retraining, Educational and Industry Fund,
The New York City District Council of
Carpenters Charity Fund and The New York
City and Vicinity Carpenters Labor
Management Corporation, By Michael J.
Forde and Paul O'Brien, as Trustees,

                 Respondents,

07 cv 3943(DFE)(DLC)

**Notice of Dismissal
Without Prejudice**

**IT IS HEREBY AGREED**, by the undersigned attorneys of record for Plaintiff, ADC
Construction, LLC (hereinafter "ADC"), that, whereas no defendant has formally appeared in
this action, whereas no party hereto is an infant, incompetent person for whom a committee has
been appointed or conservatee and no person not a party has an interest in the subject matter of
the action, the action, including all claims, is hereby voluntarily dismissed without prejudice
and without costs to any party against the other.

Dated:  October 1, 2007
       New York, New York

                            Sullivan Gardner P.C.

By:                          
                          Steven R. Montgomery (SM4514)
                          Attorneys for Plaintiff
                          475 Park Avenue South
                          New York, New York 10016