IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---

ADC Construction, LLC,

        Petitioner,

  -against-

The New York City District Council of Carpenters Pension Fund, The New York City District Council of Carpenters Welfare Fund, The New York City District Council of Carpenters Vacation Fund, The New York City District Council of Carpenters Annuity Fund, The New York City District Council of Carpenters Apprenticeship, Journeyman Retraining, Educational and Industry Fund, The New York City District Council of Carpenters Charity Fund and The New York City and Vicinity Carpenters Labor Management Corporation, By Michael J. Forde and Paul O'Brien, as Trustees,

        Respondents.

---

07 cv 3943(DFE)(DLC)

**Notice of Dismissal Without Prejudice**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/4/07

IT IS HEREBY AGREED, by the undersigned attorneys of record for Plaintiff, ADC Construction, LLC (hereinafter "ADC"), that, whereas no defendant has formally appeared in this action, whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee and no person not a party has an interest in the subject matter of the action, the action, including all claims, is hereby voluntarily dismissed without prejudice and without costs to any party against the other.

Dated: October 1, 2007
New York, New York

*So Ordered. The Clerk of Court shall close the case. /s/ [Judge signature] October 4, 2007*

Sullivan Gardner P.C.

By: _____
Steven R. Montgomery (SM4514)
Attorneys for Plaintiff
475 Park Avenue South
New York, New York 10016